BUCHALTER NEMER  **JS-6**
A Professional Corporation
  RUSSELL L. ALLYN (SBN: 143531)
  DOUGLAS M. LIPSTONE (SBN: 141104)
  MATTHEW S. SOLMON (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
E-mail: rallyn@buchalter.com
E-mail: dlipstone@buchalter.com
E-mail: msolmon@buchalter.com

Attorneys for Plaintiff
AQUARIUS RAGS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUARIUS RAGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BALLIN'S LTD., a Louisiana business corporation; WM. B. COLEMAN CO. INC., a Louisiana business corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV09-2562 VBF (AJWx)<br><br>**ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. PROC. 41(a)(1)**<br><br>Hon. Valerie Baker Fairbank |

Having reviewed the stipulation signed by counsel for all parties stipulating to the voluntary dismissal without prejudice of this entire action and the proposed order file therewith,

IT IS HEREBY ORDERED as follows:

1. The entire action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure § 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

3. The Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement between the parties.

DATED: June 12, 2009

IT IS SO ORDERED

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank